IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT DRAFT**                                                                          **PETITIONER**

**v.**                       **4:22-cv-00499-JTK**

**DEXTER PAYNE, Director,**                                     **RESPONDENT**
**Arkansas Division of Correction**

### JUDGMENT

Draft's petition for a writ of *habeas corpus* is dismissed with prejudice.

Dated this 14th day of April, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE